UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MCCASLAND,

    Plaintiff,

vs.                                        Case No.:8:17-cv-990-T-27AEP

PRO GUARD COATINGS, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion for Leave to File Plaintiff's Medical Records Under Seal (Dkt. 62). Upon consideration, the Motion is **GRANTED**. Defendant has shown good cause for the proposed medical records to be filed under seal. Defendant shall file said records under seal by end of business tomorrow, September 4, 2019.

**DONE AND ORDERED** this 3rd day of September, 2019.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: Eleventh Circuit Court of Appeals, Counsel of Record, *pro se* Plaintiff